IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:12cv1

| | |
|---|---|
| ROBERT LEE LUCZYNSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Commissioner's Motion for Extension of Time to Answer [# 7] and Plaintiff's Motion to Substitute Party [# 3]. Plaintiff is the surviving spouse of the deceased claimant. Plaintiff requests that he be substituted as the party in interest. For good cause shown, the Court **GRANTS** the motion [# 3]. The Court also, for good cause shown, **GRANTS** the Commissioner's motion [# 7]. The Commissioner shall have until April 19, 2012, to file its answer.

Signed: March 20, 2012

Dennis L. Howell
United States Magistrate Judge