IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:12cv1

| ROBERT LEE LUCZYNSKI, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pending before the Court is the Commissioner's Motion for Extension of Time to Answer [# 7] and Plaintiff's Motion to Substitute Party [# 3]. Plaintiff is the surviving spouse of the deceased claimant. Plaintiff requests that he be substituted as the party in interest. For good cause shown, the Court **GRANTS** the motion [# 3]. The Court also, for good cause shown, **GRANTS** the Commissioner's motion [# 7]. The Commissioner shall have until April 19, 2012, to file its answer.

Signed: March 20, 2012

Dennis L. Howell
United States Magistrate Judge

-1-